VINCENZO ESPOSITO *vs.* JULIA TAMMARO.

Third Judicial District, Bridgeport, April Term, 1917.
PRENTICE, C. J., RORABACK, WHEELER, BEACH and SHUMWAY, Js.

Questions of law not raised in the court below are not entitled to consideration in this court.

Submitted on briefs April 11th—decided June 1st, 1917.

ACTION to obtain certain rights alleged to have accrued to the plaintiff under a written contract, brought to and tried by the Superior Court in New Haven County, *Tuttle, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

*Robert J. Woodruff,* for the appellant (defendant).

*Charles L. Brooks* and *Harry L. Brooks,* for the appellee (plaintiff).

PER CURIAM. The assignments of error do not merit consideration, as it appears that the questions of law which are attempted to be raised therein were not made in the court below.

There is no error.